```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
```

In re:                                                    Case No. 19-03493-RNO
Russell Owen Elgin, Jr.                                   Chapter 13
       Debtor                    **CERTIFICATE OF NOTICE**

District/off: 0314-5          User: DDunbar          Page 1 of 1          Date Rcvd: Oct 10, 2019
                              Form ID: ntcnfhrg      Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 12, 2019.
db          +Russell Owen Elgin, Jr.,   1580 SR 307,   Dalton, PA 18414-7910
5235789     +Carrington Mortgage Services, LLC,   P.O. Box 5001,   Westfield, NY 46074-5001
5257442     +Carrington Mortgage Services, LLC,   1600 South Douglass Road,   Anaheim, CA 92806-5951
5235791     +Law offices of Tullio DeLuca,   381 N. 9th Avenue,   Scranton, PA 18504-2005

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5235790      +E-mail/Text: bankruptcy_notifications@ccsusa.com Oct 10 2019 19:29:55
              Credit Collection Services,   P.O. Box 607,   Norwood, MA 02062-0607
5238392       E-mail/PDF: resurgentbknotifications@resurgent.com Oct 10 2019 19:42:47    LVNV Funding, LLC,
              Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
                                                                                            TOTAL: 2

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5235792*    +Russell Owen Elgin, Jr.,   1580 SR 307,   Dalton, PA 18414-7910
                                                                               TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 12, 2019                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 10, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James   Warmbrodt    on behalf of Creditor    THE BANK OF NEW YORK MELLON, F/K/A Et Al...
               bkgroup@kmllawgroup.com
              Tullio   DeLuca    on behalf of Debtor 1 Russell Owen Elgin, Jr. tullio.deluca@verizon.net
              United States Trustee     ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| In re: | |
|---|---|
| Russell Owen Elgin Jr., <br> aka Russell Elgin Jr., aka Russell O. Elgin Jr., aka Russell Elgin, aka Russell O. Elgin, aka Russell Owen Elgin, | Chapter 13 |
| | Case No. 5:19–bk–03493–RNO |
| **Debtor 1** | |

## Notice

The confirmation hearing has been scheduled for Debtor 1 on the date indicated below.

A deadline of **November 15, 2019** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| United States Bankruptcy Court Courtroom #2, Max Rosenn US Courthouse, 197 South Main Street, Wilkes–Barre, PA 18701 | Date: November 22, 2019 <br> Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** <br> U.S. Bankruptcy Court <br> 274 Max Rosenn U.S. Courthouse <br> 197 South Main Street <br> Wilkes–Barre, PA 18701 <br> (570) 831–2500 | **For the Court:** <br> Terrence S. Miller <br> Clerk of the Bankruptcy Court: <br> By: DDunbar, Deputy Clerk |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: October 10, 2019 |

ntcnfhrg (03/18)