In re:                                                          Case No. 19-03493-MJC

Russell Owen Elgin, Jr.                                       Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                      User: AutoDocke                      Page 1 of 2
Date Rcvd: Jun 15, 2023                Form ID: ordsmiss                 Total Noticed: 6

The following symbols are used throughout this certificate:
**Symbol    Definition**
+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 17, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Russell Owen Elgin, Jr., 1580 SR 307, Dalton, PA 18414-7910 |
| 5235791 | + | Law offices of Tullio DeLuca, 381 N. 9th Avenue, Scranton, PA 18504-2005 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5257442 | + | Email/Text: BKBCNMAIL@carringtonms.com | Jun 15 2023 18:47:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5948 |
| 5235789 | + | Email/Text: BKBCNMAIL@carringtonms.com | Jun 15 2023 18:47:00 | Carrington Mortgage Services, LLC, P.O. Box 5001, Westfield, NY 46074-5001 |
| 5235790 | + | EDI: CCS.COM | Jun 15 2023 22:45:00 | Credit Collection Services, P.O. Box 607, Norwood, MA 02062-0607 |
| 5238392 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 15 2023 18:55:36 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 4

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5235792 | *+ | Russell Owen Elgin, Jr., 1580 SR 307, Dalton, PA 18414-7910 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 17, 2023                        Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 15, 2023 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Brian Nicholas | on behalf of Creditor THE BANK OF NEW YORK MELLON F/K/A Et Al... bnicholas@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor The Bank Of New York Mellon F/K/A THE BANK OF NEW YORK AS Trustee For Registered Holders Of CWABS INC., Asset-Backed Certificates, Series 2004-5 bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor THE BANK OF NEW YORK MELLON F/K/A Et Al... bkgroup@kmllawgroup.com |
| Joshua I Goldman | on behalf of Creditor THE BANK OF NEW YORK MELLON F/K/A Et Al... josh.goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com;BKecf@padgettlawgroup.com;carla.ward@padgettlawgroup.com |
| Tullio DeLuca | on behalf of Debtor 1 Russell Owen Elgin Jr. tullio.deluca@verizon.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 7

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Russell Owen Elgin Jr., aka Russell Elgin Jr., aka Russell O. Elgin Jr., aka Russell Elgin, aka Russell O. Elgin, aka Russell Owen Elgin, | Chapter 13 |
| | Case No. 5:19−bk−03493−MJC |
| **Debtor 1** | |

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

By the Court,

*[signature]*

Mark J. Conway, United States Bankruptcy Judge

Dated: June 15, 2023

ordsmiss (05/18)